## CATHERINE BARBER *v.* ANN HOULE
### (10279)

O'CONNELL, NORCOTT and LAVERY, Js.

Argued January 15—decision released February 4, 1992

*Zbigniew S. Rozbicki,* for the appellant (plaintiff).

*James G. Kelly,* with whom, on the brief, was *Claudia A. Baio,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

## OXFORD PAINT AND HARDWARE, INC. *v.* HUBERT BAXTER ET AL.
### (10405)

LANDAU, HEIMAN and FREEDMAN, Js.

Argued January 14—decision released February 4, 1992

*Raymond A. Desautels III,* with whom, on the brief, were *Ralph C. Crozier* and *Allan Friedman,* certified legal intern, for the appellant (plaintiff).

*Frederick W. Krug,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.